CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 22 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 7:97cr00024-5 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| OBAYDA HANIFI ABED. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that Abed's 28 U.S.C. § 2255 motion (Docket No. 602) is **DISMISSED** without prejudice as successive; and this case is hereby **STRICKEN** from the active docket of the court.

Further, finding that Abed has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This June 22, 2012.

United States District Judge